IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.C. and K.C., Minor Children, by and through JAMES SHIKANY, Guardian Ad Litem of J.C. and K.C, <br><br>        Plaintiffs, <br><br>   v. <br><br>STATE OF OREGON, by and through its Department of Human Services; SHIRLEY VOLLMULLER, in her individual capacity; JOHN P. MOSSER, in his individual capacity; TRISSA SCHIFFNER, in her individual capacity; KATHLEEN MCLAIN, in her individual capacity; JENNIFER RICKS, in her individual capacity; MARGARET STEINER, in her individual capacity; SCOTT NOON, in his individual capacity; and CAMPBELL STEWART, in her individual capacity, <br><br>        Defendants. | No. 3:19-cv-01739-AC <br><br> ORDER |

///

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [ECF 53] on June 15, 2020, in which he recommends the Court deny Defendant Schiffner's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 31]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [ECF 53]. Accordingly, Defendant Schiffner's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 31] is DENIED.

IT IS SO ORDERED.

DATED: _____July 23, 2020_____.

*Marco Hernandez*

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER